UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Docket No. 5:06CR37-V

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| | ) |
| v. | ) |
| | ) |
| ALBERTO LOPEZ-ABURTO, | ) |
| Defendant | ) |
| _____ | ) |

**ORDER**

THIS CAUSE coming to be heard and being heard before the Honorable David C. Keesler upon motion of the defense to allow Thomas C. Fagerberg, 1004 West Avenue, Austin, Texas 78701 to appear Pro Hac Vice as attorney of record in the above-captioned matter.

IT IS HEREBY ORDERED that Thomas C. Fagerberg may appear Pro Hac Vice as attorney of record in the above-captioned matter.

Signed: October 4, 2006

David C. Keesler
United States Magistrate Judge